**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF ARKANSAS**
**PINE BLUFF DIVISION**

**TYLER NATHANIEL TOLIVER**                                                                **PETITIONER**

v.                              **CASE NO. 5:14CV00200 BSM**

**RAY HOBBS, Director,**
**Arkansas Department of Correction**                                                        **RESPONDENT**

## ORDER

The recommended disposition submitted by United States Magistrate Judge Beth Deere has been reviewed. No objections have been filed. After careful consideration, it is concluded that the recommended disposition should be, and hereby is, approved and adopted in its entirety in all respects.

The petition for writ of habeas corpus [Doc. No.2] pursuant to 28 U.S.C. § 2254 filed by Tyler Toliver is dismissed with prejudice. In § 2254 cases, a certificate of appealability may issue only if the petitioner has made a substantial showing of the denial of a constitutional right. 28 U.S.C. § 2253(c)(1)–(2). As there is no issue on which Toliver has made a substantial showing of a denial of a constitutional right, a certificate of appealability is denied.

IT IS SO ORDERED this 6th day of January 2015.

_____
UNITED STATES DISTRICT JUDGE